1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California  94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234
   derek.owens@usdoj.gov
8
   Attorneys for Applicant

**FILED**

SEP 1 7 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

*EDL*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION            3 07 70550

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT | No. <br><br> UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT DOCUMENTS AND [PROPOSED] ORDER |

The United States hereby moves the Court for an order sealing this motion, the Criminal Complaint and attached Affidavits and Documents, and the Sealing Order until further order of the Court. The government believes that disclosure of the existence of the complaint and/or the information contained in the supporting affidavit may jeopardize the progress of the ongoing investigation and may jeopardize the safety of potential witnesses.

DATED: September 17, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

DEREK R. OWENS
Assistant United States Attorney

# ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Criminal Complaint and attached Affidavits and Documents, and this Sealing Order shall be sealed until further order of the Court.

DATED: September 17, 2007

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

2