SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6488
Facsimile: (415) 436-7234
Email: derek.owens@usdoj.gov

Attorneys for Applicant

**FILED**

DEC 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN THE MATTER OF A
CRIMINAL COMPLAINT

)
)
) No. 3-07-70550 EDL
)
) **UNITED STATES' MOTION TO**
) **DISMISS CRIMINAL COMPLAINT**
) **AND [PROPOSED] ORDER**
)

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint and moves that the Court quash the arrest warrant issued in connection with the complaint in this case; the fugitive defendant has been apprehended by State of California authorities.

DATED: December 17, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

DEREK R. OWENS
Assistant United States Attorney

//

No. 3-07-70550 EDL

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 3-07-70550 EDL. It is further ordered that the arrest warrant issued in connection with that complaint is quashed..

DATED: Dec 19, 2007

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge