1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
7     Telephone: (415) 436-6488
      Fax: (415) 436-7234
8     Email: Derek.Owens@usdoj.gov

9  Attorneys for Applicant

10                UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13                                    )  No. CR 3-07-70550 EDL
                                      )
14  IN THE MATTER OF A                )  **UNITED STATES' MOTION TO**
    CRIMINAL COMPLAINT                )  **UNSEAL CRIMINAL COMPLAINT**
15                                    )  **AND RELATED DOCUMENTS AND**
                                      )  **[PROPOSED] ORDER**
16  _____)

17      The United States hereby moves the Court for an order unsealing the above captioned
18  Criminal Complaint and Affidavit, the Sealing Motion and Order originally accompanying those
19  documents, and the Dismissal Order, until further order of the Court. The defendant in this case
20  has been apprehended and is in law enforcement custody.
21
22  DATED: September 9, 2008              Respectfully Submitted,
23                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
24
25
26                                        _____
                                          DEREK R. OWENS
27                                        Assistant United States Attorney
28  ///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the above captioned United States' Criminal Complaint and attached Affidavit, along with the Sealing Motion and Order originally accompanying those documents, and the Dismissal Order shall be unsealed until further order of the Court.

DATED: Sept 9, 2008

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge